STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6367  AND FILED ON  7/12/2007

JUL 23 2007

TOLENTINO VELASQUEZ

Plaintiff(s)/Petitioner(s)

Vs.

TOWN/VILLAGE OF MT. KISCO, NEW YORK, ET AL

Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/18/2007__ at __3:01PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

Party Served: TOWN/VILLAGE OF MOUNT KISCO, NEW YORK      (herein called recipient) therein named.

At Location: 104 MAIN STREET
             MT. KISCO NY

By delivering to and leaving with __PAULA MAIRANO__ and that deponent knew the person so served to be the DEPUTY TOWN CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM   Color of Skin: WH   Color of Hair: BROWN
Age: 45   Height: 5'2"
Weight: 115   Other Features:

Sworn to before me on __7/19/2007__

_____
Notary

Gary Williams
Server's License#:

2010

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6367    AND FILED ON    7/12/2007

RECEIVED JUL 2 3 2007

TOLENTINO VELASQUEZ

Vs.

TOWN/VILLAGE OF MT. KISCO, NEW YORK, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/18/2007 at 3:33PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

Party Served: TOWN OF BEDFORD, NEW YORK    (herein called recipient) therein named.

At Location: 321 BEDFORD ROAD
BEDFORD HILLS NY

By delivering to and leaving with NINA KELLOG and that deponent knew the person so served to be the DEPUTY TOWN CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BROWN
Age 50/55    Height 5'5"
Weight 130    Other Features GLASSES

Sworn to before me on 7/19/2007

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
... 2010

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT        JUL 2 3 2007
DOCUMENTS SERVED WITH INDEX#: 07CIV.6367    AND FILED ON    7/12/2007

By _____

TOLENTINO VELASQUEZ                                    Plaintiff(s)/Petitioner(s)

Vs.

TOWN/VILLAGE OF MT. KISCO, NEW YORK, ET AL             Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/18/2007__ at __3:01PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN DOE                                   (herein called recipient)
                                                         therein named.
At Location: TOWN/VILLAGE OF MT. KISCO
             104 MAIN STREET
             MT. KISCO NY

By delivering to and leaving with __PAULA MAIRANO, DEPUTY TOWN CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On __7/19/07__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__   Color of Skin __WH__   Color of Hair __BROWN__
Age __45__   Height __5'2"__   Weight __115__
Other Features _____

Sworn to before me on the __7/19/2007__

_signature_                                    _signature_
Notary                                         Gary Williams
                                               Server's License#: