UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TOLENTINO VELASQUEZ,

                Plaintiff,

- against -

TOWN/VILLAGE OF MT. KISCO, New York, the TOWN
OF BEDFORD, New York and John Doe, individually,

                Defendants.
----------------------------------------X

Docket No.: 07 CV 6367 (CLB)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that defendant TOWN OF BEDFORD's time to answer, appear or move with respect to the above-captioned action is extended to and including September 10, 2007.

Dated: Mineola, New York
       August 8, 2007

LOVETT & GOULD, LLP

By: _____
Jonathan Lovett (JL-4854)
222 Bloomingdale Road
White Plains, NY 10605
(914) 428-8401
Attorneys for Plaintiff

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP

By: _____
Steven C. Stern (SS-2573)
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Attorney for Defendant
TOWN OF BEDFORD

SO-ORDERED:

_____
   U.S.D.J.