UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TOLENTINO VELASQUEZ,                                             07 Civ. 6367 (CLB)

                            Plaintiff,                **NOTICE OF MOTION**

    -against-
TOWN/VILLAGE OF MT. KISCO, New York, the
TOWN OF BEDFORD, New York, and John Doe,
individually
                            Defendants.
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Steven C. Stern and the exhibit annexed thereto; the Memorandum of Law in Support of Defendant Town of Bedford's Motion to Dismiss; and upon all pleadings and proceedings heretofore had herein, defendant Town of Bedford, by its attorneys, Miranda Sokoloff Sambursky Slone Verveniotis LLP, will move this Court before Honorable Charles L. Brieant, United States District Judge, in the United States District Court for the Southern District of New York, located at the U.S. Courthouse, 300 Quarropas Street, Room 218, White Plains, New York 10601, on **September 28, 2007 at 10:00 AM**, for an Order, pursuant to Fed. R. Civ. P. 12(b)(1) and (6), dismissing this action in its entirety, and for such other and further relief as this Court deems proper and just.

**PLEASE TAKE FURTHER NOTICE** that opposition papers are to be served at least five (5) days prior to the return date of the motion.

DATED:   Mineola, New York
         September 6, 2007

                                      MIRANDA SOKOLOFF SAMBURSKY
                                      SLONE VERVENIOTIS LLP
                                      Attorneys for Defendants

By:   STEVEN C. STERN (SS 2573)
      240 Mineola Boulevard
      Mineola, New York 11501
      (516) 741-7676
      Our File No.: 07-495

TO:
    LOVETT & GOULD
    Attorneys for Plaintiff
    Tolentino Velasquez
    222 Bloomingdale Road
    White Plains, New York 10605

    SANTANGELO RANDAZZO & MANGNONE LLP
    Attorneys for Defendant Town/Village of Mount Kisco
    151 Broadway
    Hawthorne, New York 10532