UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| TOLENTINO VELASQUEZ, | 07 Civ. 6367 (CLB) |
| Plaintiffs, | **DECLARATION OF** <br> **STEVEN C. STERN** |
| -against- | |
| TOWN/VILLAGE OF MT. KISCO, New York, the TOWN OF BEDFORD, New York, and John Doe, individually, | |
| Defendants. | |

------------------------------------------------------------------X

STEVEN C. STERN, an attorney duly admitted to practice law in the Southern District of New York hereby affirms, under the penalties of perjury, the following.

1. I am a partner in the law firm of Miranda Sokoloff Sambursky Slone Verveniotis LLP, attorneys of record for defendant Town of Bedford.

2. I submit this declaration in support of defendant Town of Bedford's motion to dismiss this action, pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

3. Annexed hereto as Exhibit "A" is a copy of plaintiff's complaint in this action.

4. For the reasons set forth in the accompanying memorandum of law, defendant Town of Bedford respectfully submits that its motion to dismiss should be granted and the claims against

the Town of Bedford dismissed in their entirety.

Dated:  Mineola, New York
       September 6, 2007



STEVEN C. STERN [SS 2573]
Miranda Sokoloff Sambursky
Slone Verveniotis LLP
Attorneys for Defendant
TOWN OF BEDFORD
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-495