UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

TOLENTINO VELASQUEZ,

                Plaintiff,                07 Civ. 6367 (CLB)

    -against-

TOWN/VILLAGE OF MT. KISCO,          **STIPULATION AND ORDER**
New York, the TOWN OF BEDFORD,        **OF DISCONTINUANCE**
New York, and John Doe, individually,

                Defendants.

----------------------------------------x

        IT IS HEREBY STIPULATED by and between counsel of record for the parties that this action be and the same hereby is discontinued with prejudice, and without costs or fees.

Dated: White Plains, N.Y.
       November 29, 2007

LOVETT & GOULD, LLP                    SANTANGELO RANDAZZO & MANGONE, LLP
By:                                               By:
Jonathan Lovett (4854)                   James A. Randazzo (0516)
Attorneys for Plaintiff                     Attorneys for Defendant Mt. Kisco
222 Bloomingdale Road                 151 Broadway
White Plains, N.Y. 10605              Hawthorne, New York 10532
914-428-8401                                  914-741-2929

SO ORDERED: December 3, 2007

              Charles L. Brieant
              United States District Judge